**Order entered January 18, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01331-CV**

**IN RE GUARDIANSHIP OF M.K.P.,**
**AN ALLEGED INCAPACITATED PERSON**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-22-03147-1**

**ORDER**

This is an accelerated appeal from a temporary injunction order. Before the Court is appellant's January 17, 2023 motion for an extension of time to file his brief. Appellant explains the extension is necessary because the trial court has ordered the parties to mediation and the parties are scheduled to mediate February 13, 2023.

We **GRANT** the motion and **ORDER** a motion to dismiss the appeal, the brief, or a status report be filed no later than February 17, 2023.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE